```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

WILLIAM BOLTON,

                      Defendant.

16-CR-372 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 8, 2024, the Defendant appeared before the Court for a status conference.

    IT IS HEREBY ORDERED that Probation must provide a status report by no later than June 8, 2024. The report must include whether Mr. Bolton has obtained full-time employment and his results from periodic drug testing.

**SO ORDERED.**

Dated: **March 8, 2024**
         **New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**