USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :          16-CR-372 (VEC)
         -against-                         :
                                           :          ORDER
WILLIAM BOLTON                             :
                           Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Bolton appeared before the Court for a conference on February 3, 2025.

IT IS HEREBY ORDERED that Mr. Bolton must provide a urine sample today for purposes of a drug test;

IT IS FURTHER ORDERED that Mr. Bolton must enroll in Medicaid by February 7, 2025.

IT IS FURTHER ORDERED that Mr. Bolton must provide Probation with evidence of his employment at Northern Westchester Collision Corporation by February 14, 2025.

IT IS FURTHER ORDERED that Mr. Bolton must participate in an intake interview with the Lexington Center for Recovery as soon as he has Medicaid coverage and must thereafter participate in outpatient drug treatment as directed by Probation.

IT IS FURTHER ORDERED that Probation must provide the Court with an update on Mr. Bolton by February 28, 2025, indicating whether Mr. Bolton has complied with the first three requirements, the results of his most recent urinalysis, when he is expected to begin drug treatment, and whether he is generally being cooperative with Probation.

**SO ORDERED.**

**Dated: February 3, 2025**
　　　　**New York, NY**

_____
　　　　**VALERIE CAPRONI**
　　**United States District Judge**