```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :    16-CR-372 (VEC)
        -against-                         :
                                           :    ORDER
WILLIAM BOLTON,                            :
                                           :
                     Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Probation charged Mr. Bolton with eight specifications of violations of supervised release in its March 18, 2025 report;

    WHEREAS a conference was scheduled for March 26, 2025 at 2:30 P.M.; and

    WHEREAS the court has been informed that efforts to inform Mr. Bolton of the conference have been unsuccessful.

    IT IS HEREBY ORDERED that the conference is ADJOURNED to April 2, 2025 at 11:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: March 24, 2025**
      **New York, NY**

                                                    _____
                                                     **VALERIE CAPRONI**
                                                  **United States District Judge**