USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
: 16-CR-372 (VEC)
-against-  :
: ORDER
WILLIAM BOLTON  :
Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Probation charged Mr. Bolton with eight violations of supervised release ("VOSR") in its March 18, 2025 report;

WHEREAS a conference was scheduled for March 26, 2025;

WHEREAS Mr. Bolton waived his physical appearance and appeared telephonically on March 26, 2025; and

WHERAS Mr. Bolton did not admit to the eight violations.

IT IS HEREBY ORDERED that the VOSR hearing is scheduled for **April 24, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties must submit a joint letter by no later than **April 17, 2025**, indicating whether there has been a disposition or whether the evidentiary hearing will continue as scheduled. The letter should also include whether either side anticipates calling live witnesses at the hearing and, if so, identify the witness and provide a short summary of the witness's anticipated testimony. If the government is calling a live witness, the 3500 material should be turned over and provided to the court by **April 17, 2025**.

**SO ORDERED.**

**Dated: April 2, 2025**
**New York NY**

_____
**VALERIE CAPRONI**
**United States District Judge**