USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

        -against-

WILLIAM BOLTON

                                Defendant.

------------------------------------------------------------- X

16-CR-372 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Bolton appeared before the Court for a plea hearing on April 24, 2025, in which he admitted to specifications 2-4 of Probation's March 18, 2025 report; and

       WHEREAS Mr. Bolton did not admit to specification 6.

       IT IS HEREBY ORDERED that the VOSR hearing as to specification 6 is scheduled for **May 8, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

       IT IS FURTHER ORDERED that the parties must submit a joint letter by no later than **April 30, 2025**, indicating whether either side anticipates calling live witnesses at the hearing and, if so, identify the witness and provide a short summary of the witness's anticipated testimony. If the government is calling a live witness, the 3500 material should be turned over and provided to the court by **April 30, 2025**.

**SO ORDERED.**

Dated: April 24, 2025
      New York NY

                                                        **VALERIE CAPRONI**
                                                     **United States District Judge**