USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                                                         :        16-CR-372 (VEC)
       -against-                              :
                                                                         :        ORDER
WILLIAM BOLTON                                    :
                                Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Bolton appeared before the Court for a plea hearing on May 8, 2025, in which he admitted to specification 6 of Probation's March 18, 2025 report.

       IT IS HEREBY ORDERED that Mr. Bolton's sentencing is scheduled for **July 9, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Mr. Bolton's sentencing submission is due by **June 3, 2025**; the Government's sentencing submission is due by **June 17, 2025**; Mr. Bolton's reply is due by **June 24, 2025**.

**SO ORDERED.**

**Dated: May 8, 2025**
**New York NY**
                                                              _____
                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**