```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :   16-CR-372 (VEC)
        -against-                           :
                                            :   ORDER
WILLIAM BOLTON                              :
                        Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 3, 2025, Defendant William Bolton sought leave to file a letter under seal, *see* Dkt. 241;

WHEREAS a request to seal a judicial document must overcome the presumption of public access, *see United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)); and

WHEREAS Mr. Bolton's request to seal the letter is overbroad, as the sensitive information pertaining to his mother's medical information can be kept private through redactions.

IT IS HEREBY ORDERED that by **Friday, June 6, 2025**, Mr. Bolton must file the letter via ECF, but he is permitted to redact references to his mother's health conditions, including the full text of the appended list of medications.

**SO ORDERED.**

**Dated: June 5, 2025**
**New York NY**

_____
**VALERIE CAPRONI**
**United States District Judge**