USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :      16-CR-372 (VEC)
          -against-                      :
                                         :      ORDER
WILLIAM BOLTON                           :
                            Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Bolton appeared before the Court for sentencing on his Violation of Supervised Release on August 12, 2025.

IT IS HEREBY ORDERED that the parties must appear for a conference on **August 12, 2026** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Probation must provide the Court with a report by **July 29, 2026**.

SO ORDERED.

Dated: August 13, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**